688

*Messrs. Charles L. Hensen* and *Lawrence Presley* for respondents.

No. 504. EWALD *v.* MICHIGAN. December 7, 1942. Petition for writ of certiorari to the Supreme Court of Michigan denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Edward N. Barnard* for petitioner. *Mr. Herbert J. Rushton,* Attorney General of Michigan, and *Harold Helper* for respondent.

No. 512. STANDARD OIL CO. (INDIANA) *v.* COMMISSIONER OF INTERNAL REVENUE. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Buell F. Jones* and *John Enrietto* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.

No. 532. THOMAS *v.* KANSAS. December 7, 1942. Petition for writ of certiorari to the Supreme Court of Kansas denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. Elisha Scott* for petitioner.

No. 539. ILLINOIS EX REL. PARKER *v.* O'BRIEN, SHERIFF. December 7, 1942. The application for bail is denied. The petition for writ of certiorari to the Supreme Court of Illinois is also denied. *Mr. Wm. Scott Stewart* for petitioner.